# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
MAY 0 3 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 2:13-SW-0299 KJN
USPS Express Mail Parcel, EI 733204460 US addressed )
to "GRizzly INC, PO. Box 1894, HayFork, CA. 96041" )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of _____CALIFORNIA_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____May 12, 2013_____
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Hon. Kendall J. Newman or duty magistrate judge__     .
                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _May 2, 2013 1:20 pm_     _____/s/ Kendall J. Newman_____
                                                                   *Judge's signature*

City and state:   Sacramento, California              Hon. Kendall J. Newman, U.S. Magistrate Judge
                                                                   *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 5/3/13  10:05A | Copy of warrant and inventory left with: Postal |
| Inventory made in the presence of: P. Inspector M. Chavey | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Magazine of US Currency

1x $100's - $100
5x $50's - $250
101x $20's - $2020
10x $10's - $100
6x $5's - $30
$2500

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/3/13

Roxanne LeMaire
*Executing officer's signature*

Roxanne LeMaire   Postal Inspector
*Printed name and title*

Subscribed, sworn to, and returned before me this date.

*Signature of Judge* KENDALL J. NEWMAN  5/3/13
U.S. MAGISTRATE JUDGE